UNITED STATES v. WAGNER.

(Circuit Court, S. D. New York. December 9, 1897.)

No. 2,351.

CUSTOMS DUTIES—CLASSIFICATION—LITHOGRAPHIC CIGAR LABELS.

Lithographic cigar labels, printed in various colors, including bronze, were dutiable at 20 cents per pound, under paragraph 308 of the act of 1894, if, reckoning the bronze as two colors, the labels would have less than ten colors, the bronze not being of chief value, nor predominant.

This was an appeal by the United States from a decision of the board of general appraisers in respect to the classification for duty of certain lithographic cigar labels imported by Louis C. Wagner.

Henry D. Sedgwick, Jr., Asst. U. S. Atty.
Edward Hartley, for defendant.

WHEELER, District Judge. Paragraph 308 of the tariff act of 1894 provides for a duty on—

"Lithographic cigar labels and bands, * * * if printed in less than ten colors, but not including bronze or metal leaf printing, twenty cents per pound; if printed in ten or more colors or in bronze printing, but not including metal leaf printing, thirty cents per pound; if printed, wholly or part, in metal leaf, forty cents per pound."

The evidence shows that in the trade bronze printing is taken as two colors; that in the styles of cigar labels imported, one (2514) was printed in red, blue, and gold bronze; 2,515 in red, black, and gold bronze; 2532C was printed in red, green, and gold bronze; and 2513C in red, blue, and gold bronze; and, reckoning the bronze as two colors, none of them would have ten colors. The bronze does not appear to have been of chief value, nor predominant. Therefore it appears to have been properly assessed at 20 cents per pound. Decision affirmed.